2010–0114.   Nationwide Mut. Ins. Co. v. Briggs.

Stark App. No. 2009 CA 00108, 2009-Ohio-6452. Reported at 124 Ohio St.3d 1541, 2010-Ohio-1557, 924 N.E.2d 844. On motion for reconsideration. Motion for reconsideration granted. The discretionary appeal is accepted, and briefing shall proceed pursuant to the Supreme Court Rules of Practice.

PFEIFER, LANZINGER, and CUPP, JJ., dissent.

2010–0147.   State v. Haschenburger.

Mahoning App. No. 08-MA-223, 2009-Ohio-6527. Reported at 124 Ohio St.3d 1542, 2010-Ohio-1557, 924 N.E.2d 844. On motion for reconsideration. Motion denied.

BROWN, C.J., dissents.

# CASE ANNOUNCEMENTS

## June 10, 2010

[Cite as *06/10/2010 Case Announcements*, 2010-Ohio-2586.]

# MOTION AND PROCEDURAL RULINGS

**In re Grundstein.**

On June 3, 2009, this court found Robert Grundstein to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Grundstein was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On June 7, 2010, Grundstein submitted a motion for leave to proceed to file a writ. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Robert Grundstein's motion for leave is denied.

**In re Martin.**

On May 5, 2010, this court found Robert Martin to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Martin was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On May 27, 2010, Martin submitted a request for leave to file a motion for reconsideration. Upon review of the proffered request for leave,

It is ordered by the court that Robert Martin's request for leave is denied.

**In re Sherrills.**

On March 31, 2008, this court found Daries Sherrills to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Sherrills was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On June 1, 2010, Sherrills submitted a request for leave to file an appeal. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Daries Sherrills is denied leave to file an appeal.

2010–0448.   Ahmad v. Plummer.

Montgomery App. No. 23775. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to supplement the record,

It is ordered by the court that the motion is granted.

# MISCELLANEOUS DISMISSALS

2009–1119.   State ex rel. Estes Express Lines v. Indus. Comm.

Franklin App. No. 08AP–569, 2009-Ohio-2148. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.